# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137342

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                        SC: 137342
                                        COA: 286165
                                        Ogemaw CC: 07-002861-FH

DANIEL EUGENE BAILEY,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the August 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       HATHAWAY, J., not participating.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009                               _____
                                                 Clerk

1215